No. 82–1149. MARQUEZ v. UNIVERSITY OF WASHINGTON ET AL. Ct. App. Wash. Certiorari denied.

No. 82–1165. CORDER ET AL. v. KIRKSEY, PROBATE JUDGE OF PICKENS COUNTY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–1168. MONACO, AN INFANT, BY HIS PARENT AND NATURAL GUARDIAN, MONACO, ET AL. v. FEINER ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 82–1178. ROOD v. FINNEY ET AL. Ct. App. La., 4th Cir. Certiorari denied.

No. 82–1179. CANNON v. UNIVERSITY OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–1201. BINTLIFF v. CHEMETRON CORP. C. A. 5th Cir. Certiorari denied.

No. 82–1291. RENTZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–5249. TWEETY v. MITCHELL, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 82–5560. HAMANN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 82–5597. TURNER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 82–5719. CLARKSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 82–5737. LIPSCOMB v. KING. C. A. 7th Cir. Certiorari denied.

No. 82–5771. ZISSIMOS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.